AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**2647 Birney Place, SE,
Apartment 301
Washington, DC 20020**

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    Ryan Petrasek   and   Kenneth Dale Grimm                                         being duly sworn depose and say:

I am a(n)   U.S. Secret Service (Petrasek)   and   U.S. Department of Treasury, Treasury Inspector General for Tax Administration (Grimm)   and have reason to believe                    (Official Title)

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

2647 Birney Place, S.E., Washington, D.C. 20020, Apartment 301, including any locked or padlocked rooms within. (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched) (as further described in "Attachment B")

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities.

concerning a violation of Title   18   United States Code, Section(s) § 1341.  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Virginia Cheatham
Fraud and Public Corruption
(202) 514-9732

Signature of Affiant
Ryan Petrasek,
U.S. Secret Service

Sworn to before me, and subscribed in my presence

Kenneth Dale Grimm,
U.S. Dept. Treasury, Treasury Inspector General for Tax Administration

at Washington, D.C.

Date

Name and Title of Judicial Officer

Signature of Judicial Officer