AFFIDAVIT

RYAN PETRASEK and KENNETH DALE GRIMM, being duly sworn, depose and state:

1. Co-affiant Ryan Petrasek (SA Petrasek) has been employed as a Special Agent with the United States Secret Service (USSS), United States Department of Homeland Security since April 2005. Prior to this time Petrasek was employed with the Washington, D. C. Metropolitan Police Department (MPD) for four years. Petrasek has investigated several matters involving financial crimes; he has participated in the execution of over 60 search warrants while with USSS and MPD.

2. Co-affiant Kenneth Dale Grimm (SA Grimm) has been employed as a Special Agent with the United States Department of Treasury, Treasury Inspector General for Tax Administration since January, 1987. Prior to that time Grimm was a Deputy Sheriff in Broward County, Florida. Grimm has investigated numerous investigations involving mail fraud, bank fraud, wire fraud and financial crimes. Grimm has participated in over one hundred search warrants or arrests.

3. The information contained in this affidavit is based on our personal knowledge and observations during the course of this investigation and on information conveyed to us by other individuals, law enforcement officials, corporate security personnel, bank investigators, and other investigators, and on our review of records, documents, and other physical evidence obtained during the investigation. This affidavit does not set forth all information known to us and is being submitted solely for the purpose of providing sufficient information to establish probable cause for the search identified below.

4. This affidavit is submitted in support of a search and seizure warrant for the premises consisting of 2647 Birney Place, Southeast, Apartment 301, Washington, D.C. 20020. These premises are described more fully in Attachment A to this Affidavit. For the reasons set forth below, your co-affiants submit that there is probable cause to believe that these premises contain evidence, fruits, and instrumentalities of a mail fraud scheme perpetrated in the District of Columbia and elsewhere by DARLANA C. BARBOUR, in violation of Title 18, United States Code, Section 1341.

<u>Barbour's Statement to Law Enforcement in November 2005</u>

5. On December 30, 2005, SA Petrasek spoke with Officer Jorge Alma of the Washington, D.C. Metropolitan Police Department, in regards to DARLANA BARBOUR's attempt to fraudulently obtain cellular telephones from East West Wireless Store, located at 7309 McArthur Boulevard, Glen Echo, Montgomery County, Maryland on November 10, 2005.

6. On January 5, 2006, SA Petrasek spoke with Montgomery County, Maryland Police Officer Dimitry Ruvin. Officer Ruvin advised on November 10, 2005, that an employee of East West Wireless Store, located at 7309 McArthur Boulevard, Glen Echo, Montgomery County, Maryland advised him of Darlana Barbour's attempt to fraudulently open an account with Nextel Wireless through the retail outlet. Officer Ruvin provided SA Petrasek with a copy of the Sprint

1

order confirmation dated November 10, 2005. Officer Ruvin advised that on November 10, 2005, Darlana Barbour provided to East West Wireless, the following information to open up a Sprint account., account name: Kiesha Day Care Center, work telephone: 202-889-1126, authorized contact name; Darlana Barbour, billing address: 2647 Birney Place, Washington, D.C. 20020.

Officer Ruvin advised Barbour's order was for 11 cellular telephones and the total bill, including, taxes and delivery charges were $3,320.07.

On November 15, 2005, Officer Ruvin and two other Montgomery County, Maryland police officers responded to East West Wireless store and stopped Darlana Barbour, when she returned and attempted to get the cellular telephones.

Officer Ruvin advised SA Petrasek that he (Ruvin) interviewed Barbour at East West Wireless on November 15, 2005. Barbour was accompanied by another individual who possessed a D.C. Identification card with an address of 320 T Street, N.W., Washington, D.C. Officer Ruvin told Barbour that she was not under arrest. After asking Barbour's permission, Officer Ruvin looked through papers in the possession of Barbour. Officer Ruvin found a hand written list of six different day care centers all with the same address of 2647 Birney Place, S.E., #301. He also found correspondence from the Internal Revenue Service (IRS) to Barbour with business names and Employer Identification Numbers (EIN), dated September and November 2005. Some of this correspondence included an address of 2647 Birney SE Ste 301, and at least one other included an address of 320 T Street, Washington, D.C. Officer Ruvin also found business cards in the name of Sprint Nextel, 1715 K Street, N.W., Washington, D.C.; Cingular Wireless, 1050 Connecticut Avenue, N.W. Washington, D.C.; and Portables Wireless Center, Pentagon City Mall, Arlington, VA. Officer Ruvin also found a Chevy Chase Bank statement in the name of Darlana's Day Care Center dated November 1, 2005, with the account address of 2647 Birney Place, S.E. Apt. 301, Washington, D.C. 20020.

Officer Ruvin confronted Barbour with these papers. According to Officer Ruvin, Barbour told him that she was obtaining phones for companies that did not exist. She said that she would sell the phones on the streets around her neighborhood for $100. Ruvin said that Barbour told him that she would sell approximately 100 phones a month. Barbour told Ruvin that her address was 2647 Birney Place, S.E. #301 and her home telephone was 202 889 1126.

<u>Cellular Telephone Accounts</u>

7. On January 5, 2006, SA Petrasek spoke with the Sprint/Nextel North Region Manager (Sprint/Nextel Manager). The Sprint/Nextel Manager told SA Petrasek that from on or about April 22, 2004 to August 17, 2005, over 170 cellular telephone accounts were opened at Sprint using the address of 2647 Birney Place, S.E., Washington, D.C. Over 135 of these accounts identified the apartment number as 301. The majority of the business names included a notation of Day Care Center. <u>See</u> spreadsheet showing Sprint accounts, attached below:

Keisha Rahman Fraud Loss
Sprint (CDMA)

| ACCT_NBR | Activation Date | NAME | House | Street | Dir | Apt # | City | State | Zip | Shipping Address | Actual Bad Debt Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0008614301 | 12/28/1998 | DARLENE BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $884.08 |
| 0087902376 | 12/25/2001 | DARLANA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $927.08 |
| 0091395978 | 1/28/2002 | LANEY WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $250.00 |
| 0094037360 | 2/19/2002 | LANEY WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $213.66 |
| 0107645012 | 7/18/2002 | CAROLYN NEWMAN | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $421.29 |
| 0113710893 | 9/23/2002 | TEMIKA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $336.11 |
| 0007364518 | 4/22/2004 | ERICKA LEWIS | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $9.19 |
| 0170453310 | 6/17/2004 | DARLANA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $118.69 |
| 0170658976 | 6/18/2004 | BARLANA | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $241.25 |
| 0523360777 | 6/26/2004 | CAROLYN NEWMAN | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $31.67 |
| 0524060371 | 7/4/2004 | DIRANA DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $586.81 |
| 0524247611 | 7/6/2004 | DARLANA DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $353.19 |
| 0524682109 | 7/11/2004 | DAILANA DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $51.26 |
| 0526743169 | 8/2/2004 | TAMIKA DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $623.48 |
| 0526957957 | 8/4/2004 | TAMIA DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $545.12 |
| 0527168965 | 8/6/2004 | ERICA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $177.15 |
| 0527428802 | 8/9/2004 | CAROL DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $406.97 |
| 0527533808 | 8/10/2004 | LANEY DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $757.51 |
| 0527548530 | 8/10/2004 | THOMAS DAYCARE | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $975.42 |
| 0527759944 | 8/12/2004 | SABRINA DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $493.45 |
| 0527781644 | 8/12/2004 | TAMIKA DINKINS DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $1,074.09 |
| 0527791938 | 8/12/2004 | TAMIKA DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $746.91 |
| 0528306849 | 8/18/2004 | KIMBERLY DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $858.79 |
| 0528564136 | 8/20/2004 | DINIA DAYCARE CENTRE | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $488.06 |
| 0528603237 | 8/20/2004 | EDWARDS DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $283.81 |
| 0528943726 | 8/24/2004 | ROCKY DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $384.50 |
| 0528958421 | 8/24/2004 | KEISHA DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $330.41 |
| 0529495403 | 8/30/2004 | RAVEN DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $624.88 |
| 0529624261 | 8/31/2004 | LIZZIE DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $357.14 |
| 0529914004 | 9/2/2004 | KELLY'S DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $392.64 |
| 0529971524 | 9/3/2004 | EDDIE DAY CARE | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $359.54 |
| 0530153454 | 9/5/2004 | KIMS DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $382.68 |
| 0530483571 | 9/9/2004 | CAROLYN DAYCARE | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $235.79 |
| 0530576535 | 9/10/2004 | DARLANA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $10.73 |
| 0530662199 | 9/10/2004 | KIM'S DAYCARE | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $2.92 |
| 0530662492 | 9/10/2004 | KIM'S DAYCARE | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $708.14 |
| 0530665108 | 9/11/2004 | DARMANE BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $3.51 |
| 0530667263 | 9/11/2004 | MARY'S DAYCARE CENTRE | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $429.69 |
| 0530977098 | 9/14/2004 | KELLY DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $0.00 |
| 0530986219 | 9/14/2004 | KELLY 'S DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $374.28 |
| 0531003644 | 9/14/2004 | REGINAS DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $306.68 |
| 0531013077 | 9/14/2004 | RAVEN DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $348.04 |
| 0531135415 | 9/16/2004 | LORETTA WASHINGTON COMPUTER COMPANY | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $100.49 |
| 0531167440 | 9/16/2004 | MARY'S DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $1,142.37 |
| 0531270607 | 9/17/2004 | TAMIKA DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $82.04 |
| 0531562269 | 9/20/2004 | BRANDY DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $574.52 |
| 0531573526 | 9/20/2004 | TAMIKA DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $272.14 |
| 0531716750 | 9/22/2004 | KIM'S DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $375.99 |
| 0531793770 | 9/23/2004 | RAVEN DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $25.19 |

Keisha Rahman Fraud Loss
Sprint (CDMA)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0531873396 | 9/23/2004 | DINIA TOWNSEND | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $341.43 |
| 0531879456 | 9/23/2004 | TAMIKA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $12.82 |
| 0531915653 | 9/24/2004 | THOMAS WASHINGTON COMPUTER TECHNOLOGIES | 2647 | BIRNEY | SE | | WASHINGTON | DC | 20020 | NA | $907.75 |
| 0532107906 | 9/26/2004 | TAMIKA WASHINGTON COMPUTER TECHNOLOGY | 2647 | BIRNEY | SE | | WASHINGTON | DC | 20020 | NA | $342.17 |
| 0532158992 | 9/27/2004 | MARY DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $440.50 |
| 0532263347 | 9/28/2004 | MARYS DAYCARE | 2647 | BIRNEY | SE | | WASHINGTON | DC | 20020 | NA | $138.84 |
| 0548205245 | 3/10/2005 | MURRY WASHINGTON COMPUTER TECHNOLOGY | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $666.91 |
| 0548660077 | 3/17/2005 | LANEY DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $1,770.00 |
| 0549084558 | 3/19/2005 | TAMIKA WASHINGTON | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | NA | $124.39 |
| 0549589663 | 3/25/2005 | DARLANA DAY CARE CENTER | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $522.62 |
| 0550185167 | 4/1/2005 | LANEY DAYCARE CENTER | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $835.41 |
| 0550868080 | 4/9/2005 | DARLENE DAYCARE CENTER | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $459.94 |
| 0550979287 | 4/10/2005 | LANEY DAYCARE CENTER | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $764.33 |
| 0551278023 | 4/14/2005 | LANEY DAYCARE CENTER | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $357.81 |
| 0552184857 | 4/25/2005 | LANEY DAYCARE CENTER | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $162.13 |
| 0552374551 | 4/27/2005 | TAMIKA DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $649.18 |
| 0553526664 | 5/10/2005 | KIMBERLY'S DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $485.84 |
| 0553763042 | 5/13/2005 | TAMIKA TECHNOLOGY | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $564.35 |
| 0553853966 | 5/14/2005 | BARBOUR DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $446.93 |
| 0554071575 | 5/17/2005 | KIM COMPUTER TECHNOLOGY | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $903.78 |
| 0554624427 | 5/23/2005 | COMPUTER TECHNOLOGY | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $490.39 |
| 0554728769 | 5/25/2005 | KIM'S COMPUTER TECHNOLOGY | 2647 | BIRNEY | SE | | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $369.77 |
| 0554998588 | 5/28/2005 | TAMIKA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $412.81 |
| 0555037870 | 5/28/2005 | DARLANA BURBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $504.11 |
| 0555044663 | 5/28/2005 | RAVEN WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $497.24 |
| 0555072151 | 5/29/2005 | KIM WASHINGTON | 2647 | BIRNEY | SE | | WASHINGTON | DC | 20020 | 2647 Birney SE. | $657.15 |
| 0555077821 | 5/29/2005 | LANEY WASINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $734.45 |
| 0555101681 | 5/29/2005 | LANEY BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $13.86 |
| 0555113282 | 5/30/2005 | DARLANA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $807.62 |
| 0555125631 | 5/30/2005 | CAROL BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $825.16 |
| 0555295315 | 6/1/2005 | THOMAS WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $30.41 |
| 0555325549 | 6/1/2005 | KIM WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $23.31 |
| 0555330866 | 6/1/2005 | KIM BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $403.36 |
| 0555336642 | 6/1/2005 | DARLANA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $411.92 |
| 0555344232 | 6/1/2005 | DARLANA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $408.83 |
| 0555348462 | 6/2/2005 | LANEY WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $811.06 |
| 0555348709 | 6/2/2005 | LANEY WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | WA | 20020 | 2647 Birney SE. # 301 | $805.10 |
| 0555480290 | 6/3/2005 | DARLANA WAHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $421.05 |
| 0555516478 | 6/3/2005 | KIM WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $402.93 |
| 0555539800 | 6/3/2005 | DARLANA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $764.65 |
| 0555637403 | 6/5/2005 | KIM WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $753.54 |
| 0555800858 | 6/7/2005 | LANEY WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $406.13 |
| 0555839146 | 6/7/2005 | JESSREY SMITH | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $135.72 |
| 0555845452 | 6/7/2005 | KAGNEY RISPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $432.47 |
| 0555891156 | 6/8/2005 | KIM WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | WA | 20020 | 2647 Birney SE. # 301 | $170.74 |
| 0555926225 | 6/8/2005 | RAVEN WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $440.47 |
| 0555969946 | 6/9/2005 | KIM WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $291.63 |
| 0556047407 | 6/10/2005 | ANTON WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $307.17 |
| 0556049578 | 6/10/2005 | JEFFERY SMITH | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $321.41 |
| 0556370763 | 6/14/2005 | KIM WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $4.48 |
| 0556383137 | 6/14/2005 | RAVEN WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $291.63 |
| 0556436263 | 6/14/2005 | LANEY BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $510.63 |
| 0556529290 | 6/15/2005 | TAMIA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $712.83 |

Keisha Rahman Fraud Loss
Sprint (CDMA)

| ID | Date | Name | | | | | | | | Address | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0556543856 | 6/15/2005 | CAROL WASHINTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $475.95 |
| 0556568968 | 6/16/2005 | TAMIA WASHINTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $500.25 |
| 0556969054 | 6/20/2005 | TAMIKA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $35.75 |
| 0557007312 | 6/21/2005 | TAMIKA VARVOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $501.34 |
| 0557076606 | 6/22/2005 | TAMIKA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $104.85 |
| 0557101355 | 6/22/2005 | TAMIKA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $111.85 |
| 0557186622 | 6/23/2005 | TAMIA BARBLUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $6.25 |
| 0557200576 | 6/23/2005 | TAMIA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $408.00 |
| 0557202774 | 6/23/2005 | TAMIKA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $349.19 |
| 0557263652 | 6/24/2005 | TAMIKA NEWMAN | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $497.73 |
| 0557292691 | 6/24/2005 | TAMIA NEWMAN | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $406.14 |
| 0557482981 | 6/27/2005 | CAROL WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $257.58 |
| 0557488313 | 6/27/2005 | SELENA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $711.68 |
| 0557492756 | 6/27/2005 | SARLANA NEWMAN | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $150.00 |
| 0557653964 | 6/29/2005 | RAVEN NEWMAN | 2647 | BIRNEY | SE | | WASHINGTON | DC | 20020 | 2647 Birney SE. | $711.81 |
| 0557679209 | 6/29/2005 | TAMIA NEWMAN | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $627.71 |
| 0557683164 | 6/29/2005 | RAVEN WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $423.10 |
| 0557707900 | 6/29/2005 | TAMIA WASHINGTON | 2647 | BIRNEY | SE | AOT301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $394.77 |
| 0557730893 | 6/30/2005 | TAMIKA NEWMAN | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $6.74 |
| 0557931469 | 7/2/2005 | TAMIA COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $609.04 |
| 0557934972 | 7/2/2005 | BRANDY NEWMAN | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $625.97 |
| 0557938369 | 7/2/2005 | LILO COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $625.05 |
| 0557947751 | 7/2/2005 | BRANDY COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $740.28 |
| 0557989587 | 7/2/2005 | LILO WASHINGTON | 2647 | BIRNEY | SE | | WASHINGTON | DC | 20020 | NA | $305.22 |
| 0558101689 | 7/5/2005 | BRANDY COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $658.60 |
| 0558260095 | 7/7/2005 | TAMIA COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $390.15 |
| 0558262561 | 7/7/2005 | TAMIA COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $1.92 |
| 0558264111 | 7/7/2005 | RAVEN COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $403.53 |
| 0558266520 | 7/7/2005 | RAVEN COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $1.92 |
| 0558352727 | 7/8/2005 | TAMIA COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $441.79 |
| 0558355341 | 7/8/2005 | TAMIA COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $404.51 |
| 0558368020 | 7/8/2005 | BRANDY COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $483.32 |
| 0558500440 | 7/9/2005 | RAVEN COOPER | 2647 | BIRNEY | SE | | WASHINGTON | DC | 20020 | NA | $6.93 |
| 0558512913 | 7/9/2005 | RAVIN COOPER | 2647 | BIRNEY | SE | | WASHINGTON | DC | 20020 | 2647 Birney SE. | $485.38 |
| 0558522116 | 7/9/2005 | TAMIA COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $330.84 |
| 0558535347 | 7/10/2005 | RAVEN COOPER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $621.78 |
| 0558657037 | 7/11/2005 | TAMIKA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $399.11 |
| 0558663929 | 7/11/2005 | TAMIKA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $273.63 |
| 0558666926 | 7/11/2005 | TAMIKA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $409.10 |
| 0558668227 | 7/12/2005 | TAMIKA WASHINGTON | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $627.94 |
| 0558821067 | 7/13/2005 | DARLANA BARDOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $397.05 |
| 0558832100 | 7/13/2005 | DARLANA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $129.02 |
| 0558843495 | 7/14/2005 | DARLANA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $1,018.34 |
| 0558852675 | 7/14/2005 | DARLANA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | WA | 20020 | NA | $254.53 |
| 0558859589 | 7/14/2005 | DARLANA DAYCARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $590.06 |
| 0559038628 | 7/16/2005 | DARLAMA BARBOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $698.67 |
| 0559049246 | 7/16/2005 | DARLAMA BARBOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | NA | $704.64 |
| 0559135472 | 7/17/2005 | DARLAMA BARBOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $634.23 |
| 0559141321 | 7/17/2005 | DARLAMA BARBLOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | DE | 20020 | 2647 Birney SE. # 302 | $627.96 |
| 0559162316 | 7/17/2005 | DARLAMA BARBOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | NA | $252.63 |
| 0559409654 | 7/20/2005 | DARLAMA BARBOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | WA | 20020 | NA | $2.09 |
| 0559426838 | 7/20/2005 | DARLENA BURBOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | NA | $17.12 |
| 0560005005 | 7/27/2005 | DARLANA BARBOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $346.04 |

Keisha Rahman Fraud Loss
Sprint (CDMA)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0560009227 | 7/27/2005 | | DARLANA BARBOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $341.06 |
| 0560014440 | 7/27/2005 | | DARLANA BARBOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | NA | $7.81 |
| 0560016908 | 7/27/2005 | | DARLANA BARBOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $550.11 |
| 0560287487 | 7/30/2005 | | DARLANA BARDOUR | 2647 | BIRNEY | SE | | WASHINGTON | DC | 20020 | NA | $152.60 |
| 0560307143 | 7/30/2005 | | DARLANA BARBOUR | 2647 | BIRNEY | SE | 102 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 102 | $574.13 |
| 0560309463 | 7/31/2005 | | DARLANA BARBOUR | 2647 | BIRNEY | SE | 102 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 102 | $565.99 |
| 0560347635 | 7/31/2005 | | DARLENA BUBOUR | 2647 | BIRNEY | SE | 102 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 102 | $601.15 |
| 0560923281 | 8/6/2005 | | DARLANA BURBOUR | 2647 | BIRNEY | SE | 102 | WASHINGTON | DC | 20020 | NA | $119.43 |
| 0560972823 | 8/7/2005 | | DARLANA CARBOUR | 2647 | BIRNEY | SE | 102 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 102 | $78.51 |
| 0560976236 | 8/7/2005 | | LANEY BARBOUR | 2647 | BIRNEY | SE | 102 | WASHINGTON | WA | 20020 | NA | $257.46 |
| 0561147248 | 8/9/2005 | | DARLANA DAY CARE CENTER | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $372.84 |
| 0561182108 | 8/10/2005 | | DARLAMA TARBOR | 2647 | BIRNEY | SE | | WASHINGTON | DC | 20020 | NA | $586.73 |
| 0561200509 | 8/10/2005 | | DARLANA BABOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | WA | 20020 | 2647 Birney SE. # 302 | $593.11 |
| 0561265185 | 8/11/2005 | | LANEY VARBOUR | 2647 | BIRNEY | SE | 302 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 302 | $274.66 |
| 0561455656 | 8/12/2005 | | LARLANA BARBAUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $725.35 |
| 0561462050 | 8/12/2005 | | LARLANA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $214.62 |
| 0561565057 | 8/14/2005 | | LALAINE BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $278.28 |
| 0561650412 | 8/15/2005 | | LARLANA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $109.56 |
| 0561797436 | 8/16/2005 | | IARLANA BABOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $33.03 |
| 0561792187 | 8/16/2005 | | IARLAMA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $494.01 |
| 0561799539 | 8/16/2005 | | IARLANA BARBOVR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | NA | $34.08 |
| 0561803113 | 8/17/2005 | | IARLANA BARBOUR | 2647 | BIRNEY | SE | 301 | WASHINGTON | DC | 20020 | 2647 Birney SE. # 301 | $441.33 |

| | |
|---|---|
| **Total Bad Debt Write-Off** | **$73,755.64** |

Thereafter, from August 23, 2005 to November 10, 2005, an additional 13 Nextel accounts were opened or attempted to be opened using the address of 2647 Birney Place, S.E.; seven of these accounts included the apartment number of 301. All but three of the account names included the words Day Care Center, with five account names being a variation of Darlana's Day Care Center.

For over 100 accounts, Sprint/Nextel delivered cellular telephones, via Federal Express, U.S. Postal Service, or United Parcel Service (UPS) to the address at 2647 Birney Place, S.E., Washington, D.C. On average, 1 - 6 handsets were ordered for each account, with the cost of the handset to be added to the first month's bill. Approximately 165 accounts had payments made with fraudulent bank account numbers, checks on closed accounts, or other means which did not result in actual payments. Some accounts simply had no payments posted. To date, Sprint/Nextel has identified a loss in excess of $73,000.

8. On January 25, 2006, SA Grimm spoke with an Internal Investigator at T-Mobile Wireless Telephone Company. The Internal Investigator told SA Grimm that, to date, T-Mobile has identified four fraudulent accounts that used the address of 2647 Birney Place, S.E. Washington, D.C. Three of the four accounts used Apartment 301 and one account did not have an apartment number listed. For example, an account in the name of Darlanas Day Care Center was opened on September 14, 2005. On this account, on September 15 and 16, 2005, T-Mobile, through UPS delivered cellular telephones to 2647 Birney Place, S.E., Apartment 301, Washington, D.C. attention Darlana Barbour. According to the records, a person signed for the telephones using the name of Barbour on September 15 and 16, 2005.

9. On January 31, 2006, Co-affiants spoke with Cingular Wireless, Regional Manager, East, Security/Asset Protection (Cingular Wireless Manager). The Cingular Wireless Manager told co-affiants that Cingular Wireless had three fraudulent accounts opened using the address of 2647 Birney Place, S.E., Apartment 301, Washington, D.C. 20020 as recently as October 2005. In each case, the contact person was Darlana Barbour. Twice Barbour provided the telephone number of 202 889 3515; once she provided the telephone number of 202 889 3715. For one account, she provided her date of birth: November 27, 1981, social security number: 579-06-32324, home telephone number of 202-889-1437. For the three Cingular accounts, the approximate loss is $4,500.

On January 31, 2006, affiants spoke with the Cingular Wireless Retail Sales Consultant, at the Cingular Wireless Store, located at 1925 K Street, N.W., Washington, D.C., who was responsible for taking the cellular telephone orders for the Darlana C. Barbour's Cingular Wireless account at this store. The Retail Sales Consultant, after reviewing Cingular Wireless documents for telephone sales for the Barbour's account on October 5 and 23, 2004, told affiants he recalls the cellular telephone sales to Barbour. The Retail Sales Consultant advised that he was just hired as sales consultant and was in training when a black female, who presented identification in name of Darlana Barbour, came into the Cingular Store, and requested additional cellular telephones for her Cingular account. The Retail Sales consultant told affiants he remembers the Barbour's sales because the spelling of the name "Barbour" was not like it sounds and that his commissions for the sales to Barbour on October 5 and 23, 2004, were

3

charged back, he had to pay back the commission for the sales. The Retail Sales Consultant told affiants, that Barbour had called the Cingular store and asked for him to ascertain when he was working. The Retail Sales Consultant advised Barbour came back into the store on October 23, 2004 and received two additional cellular telephones with activation.

9. On February 2, 2006, S.A. Grimm reviewed Federal Express (FedEx) data pertaining to the delivery of items to 2647 Birney Place, S.E., Washington, D.C. 20020. This review noted that from September 2, 2004 to October 21, 2005, FedEx delivered or attempted to deliver 40 packages to a receiver's name of: Darlana Barbour, Darlana Burbour, Darlana Day Care Center Inc, Darlanas Daycare Center and Sarlanas Daycare Center Inc (Darlana C. Burbour was receivers name for Sarlanas Daycare Center Inc). The receiver's address for 31 deliveries was listed as 2647 Birney Place, Washington, D.C. 20020 and the address of 2647 Birney Place, SE, Apartment 301 was used for 9 deliveries. Barbour was to be the receiver of 28 packages from Cingular, 7 packages from AT&T Wireless, 3 from unknown source, 1 from Motorola and 1 from Metrogroup Corp (mailing company for telecommunications companies)

Bank Accounts

10. On January 20, 2006, SA Grimm spoke with a Fraud Prevention Supervisor, Chevy Chase Bank (Chevy Chase Supervisor) in regards to the Chevy Chase Bank account in the name of Darlana C. Barbour, doing business as Darlana's Day Care Center, address of 2647 Birney Place, SE, Apartment 301, Washington, D.C. 20020. The Chevy Chase Supervisor told SA Grimm that a person identifying herself as Darlana C. Barbour opened this account in the name of Darlana's Day Care Center, address: 2647 Birney Place, SE, Apartment 301, Washington, D.C., 20020, using social security number: 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, over the telephone on September 1, 2005; the account was closed on December 5, 2005. This account was opened with $10.00 opening deposit. This account was closed because Barbour never came into complete the signature card information for this account.

The Chevy Chase Supervisor said that on December 21, 2005, a person identifying herself as Barbour did a telephonic draft made payable to Howell and Associates for $595.00. The Supervisor advised this draft was denied because the account was closed and even when it was opened, it never had a balance which would have covered this draft.

11. On January 23, 2006, SA Grimm spoke with the Director of Sales and Marketing for Howell and Associates. The Director advised that Howell and Associates are a collection agency for Simply Wireless Telephone Company.

12. The Chevy Chase Supervisor also said that Barbour herself had a checking account in her own name, address and social security number, which was opened on September 12, 2005 and closed on September 16, 2005. This account was opened at the Bethesda Avenue branch of Chevy Chase Bank, with an opening deposit of $2.52; this account was closed because Barbour reported that her checks were stolen on September 12, 2005.

4

The Chevy Chase Supervisor researched this account and retrieved three items that were presented for payment on this account. A starter check from this account was presented to T-Mobile in the amount of $634.00, dated September 10, 2005, telephone number: 202-378-6137, and driver's license number for District of Columbia bearing number 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, remark section for phones -T-mobile and signature of Darlana C. Barbour. The Chevy Chase Supervisor said that this check was not paid.

The Chevy Chase Supervisor advised that two telephone drafts dated September 15, 2005 were made payable to Sprint PCS, in the amounts of $250.00 and $213.66, and that both telephone drafts noted the same name: Laney, Washington, address of 2647 Birney Place, SE, Apartment 301, Washington, D.C. 20020-5937, telephone listed as 202-889-5914. The Chevy Chase Supervisor advised these two telephone drafts should have not been paid due to fact account was closed and there never was a balance to cover these telephone drafts.

According to the Chevy Chase Supervisor, on October 11, 2005, a person identifying herself as Darlana C. Barbour telephonically opened a business account at Chevy Chase Bank in the name of Tamakis Daycare Center, address of 2647 Birney Place, Apartment 301, Washington, D.C. 20020-5937. The Chevy Chase Supervisor advised the opening deposit was $10.00. This account was closed on January 3, 2006 for no verification for business and no activity.

13. On January 26, 2006, SA Petrasek and SA Grimm spoke with a Sprint/Nextel Northeast Regional Manager, Field Fraud Prevention, (Manager) in regards to the payments to Sprint/Nextel from Barbour's closed Chevy Chase account. The Manager advised that the two telephonic drafts from Barbour's closed personal account at Chevy Chase Bank, were attempt payments for two Sprint accounts. The Manager advised the account information for both Sprint cellular telephone accounts are the same, the only difference in the Sprint accounts are the Sprint account numbers. The Manager advised the accounts were both opened in the name of Washington Laney, mailing address: 2647 Birney Place, SE, Apartment 301, Washington, D.C. 20020, using social security number: 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, date of birth: November 27, 1981, District of Columbia driver's license number: 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, telephone number: 202-889-5914. The Manager advised that Barbour's telephonic bank draft for $250.00 went into Sprint account number: 0091395978 and Barbour's telephonic bank draft for $213.66 went into Sprint account number: 0094037360. The Manager advised these two checks posted on September 15, 2005 but were denied because the Chevy Chase Bank account was closed.

14. On January 18, 2006, SA Grimm spoke with the M & T Bank Regional Security Manager, in regards to a M & T Bank account which was opened in the name of Darlana C. Barbour. Thompson advised on September 22, 2005, someone identifying herself as Barbour opened an account with a $25.00 opening deposit, with an address of 2647 Birney Place, SE Apartment 301, Washington, D.C. 20020, using social security number 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, date of birth of November 27, 1981, home telephone of 202-889-3515; Barbour stated she was self-employed. Thompson advised this account was closed on September 28, 2005.

5

15. An internal investigator with T-Mobile Wireless Telephone Company advised that one of the cellular telephone accounts using the address of 2647 Birney Place, S.E. had five fraudulent electronic check payment attempts using the M & T Bank routing number.

16. On January 12, 2006, SA Petrasek received confirmation from the United States Social Security Administration that social security number 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 is assigned to Darlana C. Barbour.

17. According to Verizon records, the following telephone numbers are/were listed to the following entities at the following service addresses:

| 202 889 5914 | (retired line - discontinued in March 2005. Before then, returning to M.S. at 1422 W Street, S.E., Apt. 1, Washington, D.C. 20020) |
|---|---|
| 202 889 1126 | L.F. had account until 3/25/2005; then Darlana's Daycare Center Inc. 2647 Birney Place, S.E., Apt. 301 Washington, D.C. (Disconnected 1/31/2006) |
| 202 889 3515 | Daralana Barcour 2647 Birney Place, S.E., Apt. 301 Washington, D.C. until disconnected on 5/31/05; then S. M. opened account on 1/14/06 |
| 202 678 8767 | C.N. 2647 Birney Place, S.E., Apt. 301 Washington, D.C. until 1/13/06 when started with new landline with carrier Nations Line, Inc. |

<u>Most Recent Conduct</u>

18. On January 24, 2006, SA Grimm spoke to the Vice President-Senior Investigator, Corporate Security, Investigative Services, Bank of America (BOA Senior Investigator), in regards to Darlana C. Barbour. The BOA Senior Investigator advised that a short time before, on January 6, 2006, a Bank of America account was opened in the name of Darlana C. Burbour, (this is how Barbour's name is spelled on Barbour's Washington, D.C. Identification Card), social security number: 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, date of birth: November 27, 1981, address: 2647 Birney Place, S.E., Apartment 301, Washington, D.C. 20020-5937, telephone; 202-678-8767. The BOA Senior Investigator advised that Barbour's Bank of America account was opened at the Anacostia branch of Bank of America with a $25.00 deposit, and, as of January 24, 2006, had an account balance of $5.00.

19. On January 27, 2006, SA Grimm reviewed documents from the IRS concerning 17 Employer Identification Numbers (EIN's) assigned to businesses with a business address of 2647 Birney Place, S.E., Apartment 301, Washington, D.C. for 2005. On November 8, 2005, the IRS inputted data for two EIN's that went to this address. The names of the businesses were Darlanas Daycare Center, EIN: 56-2541220 and Keishas Daycare Center, EIN: 75-3203056.

20. On January 26, 2006, a pretextual telephone call was placed to 202-678-8767. In response to an inquiry seeking Darlana Barbour, the caller was told that no one by that name resided at

that address and the caller left a return phone number. Then, less than one minute later, a person identifying herself as Darlana Barbour returned the call from an unknown number.

On February 2, 2006, agents spoke with C.N. who confirmed that her daughter Darlana Barbour lived at this address and that the telephone number called, 202 678 8767 was her home telephone number.

<u>Rental Records for 2647 Birney Place, S.E. Apartment 301</u>

21. On January 13, 2006, SA Petrasek and SA Grimm, accompanied by Special Agent Jeffrey Lowery, Housing and Urban Development (HUD) Inspector General Office, contacted the manager of New Parkchester Housing Cooperative, Inc, in regards to Owner's Certification of Compliance with HUD's Tenant Eligibility and Processes for tenants of 2647 Birney Place, SE, Washington, D.C.

Co-affiants reviewed the files for 2647 Birney Place, Apartment 301, Washington, D.C. 20020 and noted that this certification was signed on December 9, 2005, by head of household C.N. and Darlana C. Barbour as other adult family member-date of birth: 11/27/1981 and social security number: 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.

Co-affiants Petrasek and Grimm reviewed a Zero Income Certification for Darlana Barbour which was notarized on November 28, 2005. This Zero Income Certification states that Barbour declared that she does not receive any income from any sources at this time and resides at 2647 Birney Place, Apartment 301, Washington D.C.

Co-affiants Petrasek and Grimm reviewed the Notice of Request for Tax Information for 2004, which Darlana Barbour advised she did not file a Federal Income Tax Return for 2004 with the IRS. This notice was signed on November 17, 2005.

<u>Electronic Evidence</u>

22. Your co-affiants know that electronic devices may be important to a criminal investigation in two distinct and important aspects: (a) the objects themselves may be instrumentalities, fruits, or evidence of crime, and/or (b) the objects may have been used to collect and store information about crimes (in the form of electronic data).    Rule 41 of the Federal Rules of Criminal Procedure permits the government to search and seize electronic devices which are instrumentalities, fruits, or evidence of crime, or storage devices for information about crime.

Based upon the facts set forth above, there is probable cause to believe that communication devices, such as cellular telephones, and data found therein at the residence of Darlana Barbour were integral tools of these crimes and constitute the means of committing it. As such, they are instrumentalities and evidence of the violations designated. Rule 41 of the Federal Rules of

Criminal Procedure authorizes the government to seize and retain evidence and instrumentalities of a crime for a reasonable time, and to examine, analyze, and test them.

Cellular telephone hardware consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar data.

Based upon our knowledge, training and experience, and consultations with computer specialists from the USSS and United States Department of Treasury, your co-affiants know that searching and seizing information from electronic devices, such as cellular telephones, almost always requires agents to seize most or all electronic storage devices (along with related peripherals, such as instruction manuals and cables) to be searched later by a qualified expert.

This specifically excludes a search of any kind of unopened electronic mail, and no warrant is herein sought for such unopened electronic mail. If unopened electronic mail is to be searched, a separate warrant will be sought supported by probable cause.

<u>Summary</u>

Based on our knowledge, training and experience, individuals maintain financial records, for some period of time, to include months or years, related to the operation of their business, including illegal businesses, at their place of business or their homes.  Such records include but are not limited to: invoices, lease agreements, bank account statements, check registers, cancelled checks, deposit items, accounting ledgers, income tax returns, correspondence with the IRS and banks, and financial statements.

WHEREFORE, your co-affiants believe based on the information provided that probable cause exists for a search and seizure warrant to be issued for the above identified and described location and items, for evidence of violations of Title 18,  United States Code, Section 1341 (Mail Fraud).  Mail Fraud states that whoever devises and intends to devise a scheme to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, and for the purpose of executing such scheme or attempting to do so, causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, shall be imprisoned not more than twenty years and shall be subject to a fine.

Your co-affiants state that there is probable cause to believe that Darlana Barbour engaged in a scheme to defraud cellular telephone companies by obtaining EIN and bank accounts for non-existent businesses, opening hundreds of cellular telephone accounts in the names of the non-existent businesses, requesting multiple telephones on the cellular telephone accounts, failing to make legitimate payments on the cellular telephone accounts, and selling the telephones to others.  In order to execute the scheme to defraud, Darlana Barbour caused cellular telephone companies to send cellular telephones to her at 2647 Birney Place, S.E., Apartment 301 Washington, D.C. 20020 by a commercial carrier, such as UPS or Federal Express.

Based on the foregoing information and upon our knowledge, training and experience in the investigation of financial fraud, your co-affiant believes that fruits and evidence of the commission of a criminal offense, as described below in Attachment B, will be found at the premises listed and described in Attachment A, and therefore, a search warrant should be issued for Darlana Barbour, 2647 Birney Place, S.E. Apartment 301, Washington, D.C. 20020.

_____
RYAN PETRASEK,
Special Agent

_____
KENNETH DALE GRIMM
Special Agent

Subscribed as sworn to before me this        day of            , 2006, in Washington, D.C.

_____
ALAN KAY,
United States Magistrate Judge

9.

## ATTACHMENT A

**2647 Birney Place, Apartment 301 South East**
**Washington, DC**

2647 Birney Place Apartment 301 is an apartment building located in the South East

Anacostia area of Washington D.C.  The apartment building is located in the New

ParkChester Apartment Complex off Birney Place South East. The apartment building is

a red brick, three story, multi-unit apartment building. The front door to the building is

painted brown with a glass window. The building is clearly marked "2647" just to the

right and above the front door with white/silver numbers on a blue placarded which is

visible from the street. The building is surrounded by a black wrought iron fence. The

entrance to apartment 301 is located on the third floor. The door to apartment 301 is

painted brown with the numbers "301" painted in black above a brass door knocker. The

brass door knocker also has the numbers "301" embossed in a wood grain colored plastic

placarded in the center of the door.

## ATTACHMENT B

## ITEMS TO BE SEIZED FROM
## 2647 BIRNEY PLACE SOUTH EAST
## WASHINGTON D.C.

Evidence, fruits, and instrumentalities of the commission of a criminal offense to be seized, as set forth in the affidavit, includes but is not limited to:

1.   Any and all materials relating to following persons and  business :


Keisha Day Care Center

Kim's Daycare Center

Carolen Daycare Center

DARLENE BARBOUR

DARLANA BARBOUR

LANEY WASHINGTON

CAROLYN NEWMAN

TEMIKA BARBOUR

ERICKA LEWIS

DARLANA BARBOUR

BARLANA
DIRANA DAY CARE
CENTER
DARLANA DAY CARE
CENTER
DAILANA DAYCARE
CENTER
TAMIKA DAYCARE
CENTER

TAMIA DAYCARE CENTER

ERICA WASHINGTON

CAROL DAYCARE CENTER

LANEY DAY CARE CENTER

THOMAS DAYCARE

SABRINA DAY CARE
CENTER

TAMIKA DINKINS DAYCARE
CENTER

TAMIKA DAY CARE
CENTER

KIMBERLY DAY CARE
CENTER

DINIA DAYCARE CENTRE

EDWARDS DAYCARE
CENTER

ROCKY DAY CARE
CENTER

KEISHA DAYCARE CENTER

RAVEN DAY CARE
CENTER

LIZZE DAYCARE CENTER

KELLY'S DAYCARE
CENTER

EDDIE DAY CARE

KIMS DAY CARE CENTER

CAROLYN DAYCARE

DARLANA BARBOUR

KIM'S DAYCARE

KIM'S DAYCARE

DARMANE BARBOUR

MARY'S DAYCARE
CENTRE

KELLY DAYCARE CENTER

KELLY 'S DAYCARE
CENTER

REGINAS DAYCARE
CENTER

RAVEN DAY CARE
CENTER

LORETTA WASHINGTON
COMPUTER COMPANY

MARY'S DAY CARE
CENTER

TAMIKA DAY CARE
CENTER

BRANDY DAY CARE
CENTER

KIM'S DAYCARE CENTER

RAVEN DAY CARE
CENTER

DINIA TOWNSEND

TAMIKA WASHINGTON

THOMAS WASHINGTON
COMPUTER
TECHNOLOGIES

TAMIKA WASHINGTON
COMPUTER TECHNOLOGY

MARY DAY CARE CENTER

MARYS DAYCARE

MURRY WASHINGTON
COMPUTER TECHNOLOGY

LANEY DAYCARE CENTER

DARLANA DAY CARE
CENTER

LANEY DAYCARE CENTER

DARLENE DAYCARE
CENTER

TAMIKA DAYCARE
CENTER

KIMBERLY'S DAYCARE
CENTER

TAMIKA TECHNOLOGY

BARBOUR DAY CARE
CENTER

KIM COMPUTER
TECHNOLOGY

COMPUTER TECHNOLOGY

TAMIKA WASHINGTON

DARLANA BURBOUR

RAVEN WASHINGTON

KIM WASHINGTON

LANEY BARBOUR

DARLANA WASHINGTON

CAROL BARBOUR

THOMAS WASHINGTON

KIM WASHINGTON

KIM BARBOUR

DARLANA BARBOUR

DARLANA WASHINGTON

KIM WASHINGTON

JESSREY SMITH

KAGNEY RISPER

RAVEN WASHINGTON

ANTON WASHINGTON

JEFFERY SMITH

KIM WASHINGTON

LANEY BARBOUR

TAMIA WASHINGTON

CAROL WASHINTON

TAMIA WASHINTON

TAMIKA VARVOUR

TAMIA BARBLUR

TAMIKA BARBOUR

TAMIKA NEWMAN

TAMIA NEWMAN

CAROL WASHINGTON

SELENA WASHINGTON

SARLANA NEWMAN

RAVEN NEWMAN

TAMIA NEWMAN

TAMIKA NEWMAN

TAMIA COOPER

BRANDY NEWMAN

LILO COOPER

BRANDY COOPER

LILO WASHINGTON

BRANDY COOPER

TAMIA COOPER

TAMIA COOPER

RAVEN COOPER

RAVIN COOPER

TAMIKA WASHINGTON

DARLANA BARDOUR

DARLANA BARBOUR

DARLANA DARBOUR
DARLANA DAYCARE
CENTER

DARLAMA BARBOUR

DARLANA BARBOUR

DARLANA BARBLOUR

DARLANA BARBOUR

DARLANA BARBOUR

DARLANA BARBOUR

DARLANA CARBOUR
DARLANA DAY CARE
CENTER

DARLAMA TARBOR

DARLANA BABOUR

LANEY VARBOUR

LARLANA BARBAUR

LARLANA BARBOUR

LALAINE BARBOUR

LARLANA BARBOUR

IARLANA BABOUR

IARLAMA BARBOUR

IARLAMA BARBOVR

IARLANA BARBOUR

2.    Any and all materials used to commit mail fraud, to include but not limited to check stock, bank account information, identifications, applications, IRS documents and publications and applications.

3.  Bank records, including statements, cancelled checks, deposit slips/receipts, memos, passbooks, money drafts letters of credit, letters of deposit, bank drafts, cashiers checks other related records, and safe deposit box keys.

4.  Other financial documents and records, including bills, receipts, credit cards, credit card statements, record of travel, indicia of occupancy, residency, rental, or ownership of properties, utility bills, telephone bills, and other similar records.

5.  Telephone records, including toll records, receipts, bill's service data, telex activity, facsimile activity, and other related records.

6.  Correspondence, memoranda, notes or other material referencing business transactions, and/or identifying business locations, bank accounts, business partners,

associates, employees, vendors, contractors for any related business or service, brokers, tenants, sellers, buyers or any other business customers.

7.  Proceeds, including cash, cashier's checks, money orders, undeposited checks, or any form of money or money equivalent.

8.  Courier documentation, including packaging, receipts, sender and receiving information, containers used in shipping.

9.  Electronic equipment, such as cellular telephones, cellular telephone hardware which consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar data and related packaging material.

10.  Any other evidence, fruits, or instrumentalities, at this time unknown, relating to violations of Title 18 United States Code, Section 1341.