UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re:  Search Warrant for | : | Magistrate No.: |
| | : | |
| **2647 Birney Place, Southeast** | : | **UNDER SEAL** |
| **Apartment 301** | : | |
| **Washington, DC 20020** | : | |
| | : | |

**MOTION TO SEAL APPLICATION AND AFFIDAVIT IN SUPPORT OF
SEARCH WARRANT, AND MEMORANDUM IN SUPPORT THEREOF**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for an Order directing that the application and affidavit in support of a Search Warrant for 2647 Birney Place, Southeast, Apartment 301, Washington, DC 20020 be placed under seal until further order of the Court.  In support of its motion, the government states as follows:

1. This warrant is being executed as part of an on-going criminal and grand jury investigation.

2. Premature public notice of this search warrant and supporting affidavit would compromise an on-going criminal investigation by:  (a) causing prospective witnesses to be deterred from testifying or less likely to provide truthful testimony to the grand jury; (b) causing potential witnesses and targets to destroy documentary evidence; and (c) causing potential targets to flee the jurisdictional boundaries of the United States.  These factors are particularly important in this investigation, because various witnesses are believed to have relevant information and may control relevant documents which may not be available from other third party sources.

3. Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the warrant and the

supporting affidavit in this case, this motion and all other pleadings and filings made in connection with this warrant until: (a) the fact and particulars of investigation must be disclosed, pursuant to the government's legal obligations, to counsel for individuals who may be arrested in the future or (b) the government represents that the items covered by this motion can be made public without substantial risk to the safety of the source of information or the agents involved. The government submits that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal. *Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

WHEREFORE, for all the foregoing reasons, the government respectfully requests that the application and affidavit in support of the search warrant and accompanying pleadings be placed under seal.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530
(202) 514-9732