UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: Search Warrant for | : | Magistrate No.: 06  047M-01 |
| | : | |
| 2647 Birney Place, Southeast | : | UNDER SEAL |
| Apartment 301 | : | FILED |
| Washington, DC 20020 | : | |
| | : | FEB 0 6 2006 |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

Upon consideration of the motion to seal the application and affidavit in support of the above-captioned Search Warrant, and based on the representations in the government's motion, this Court finds that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal. *Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991). Therefore, it is this __6th__ day of February, 2006

ORDERED, that the Government's Motion is hereby **GRANTED** and the application, search warrant, affidavit in support of the above-captioned Search Warrant, and any accompanying papers and the Motion to Seal and this Order be sealed until further order of the Court. The clerk's office is not to docket any of the above-listed pleadings.

_____
UNITED STATES MAGISTRATE
ALAN KAY
U.S. MAGISTRATE JUDGE