AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**2647 Birney Place, SE,**
**Apartment 301**
**Washington, DC 20020**

### SEARCH WARRANT

CASE NUMBER: 06 - 047M-01

TO:   Ryan Petrasek and Kenneth Dale Grimm   and any Authorized Officer of the United States

Affidavit(s) having been made before me by  U.S. Secret Service (Petrasek)  and  U.S. Department of Treasury, Treasury Inspector General for Tax Administration (Grimm)  who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

2647 Birney Place, S.E., Washington, D.C. 20020, Apartment 301 including any locked or padlocked rooms within, (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) (as further described in "Attachment B")

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before   16 FEB 2006
                                                        (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 06 2006   1:52 pm                        at Washington, D.C.

Date and Time Issued  ALAN KAY
                      U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer           Signature of Judicial Officer

AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**2647 Birney Place, SE,**
**Apartment 301**
**Washington, DC 20020**

### APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

CASE NUMBER: 06 - 047M-01

(Further described below)

I   Ryan Petrasek   and   Kenneth Dale Grimm   being duly sworn depose and say:

I am a(n)   U.S. Secret Service (Petrasek)   and   U.S. Department of Treasury, Treasury Inspector General for Tax Administration (Grimm)   and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

2647 Birney Place, S.E., Washington, D.C. 20020, Apartment 301, including any locked or padlocked rooms within. (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched) (as further described in "Attachment B")

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities.

concerning a violation of Title  18  United States Code, Section(s) § 1341. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Virginia Cheatham
Fraud and Public Corruption
(202) 514-9732

Signature of Affiant
Ryan Petrasek,
U.S. Secret Service

Kenneth Dale Grimm,
U.S. Dept. Treasury, Treasury Inspector General for Tax Administration

Sworn to before me, and subscribed in my presence

FEB 0 6 2006

Date

ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 2/6/06 | 2/14/06 6:10 | LEFT IN APARTMENT |
| INVENTORY MADE IN THE PRESENCE OF | R. SMITH | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED LIST

**FILED**

FEB 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  —  2-15-06
U.S. Judge or U.S. Magistrate Judge    Date

# Detail Inventory Listing of All Items at Search Warrant Site

**Site Name:**
2647 Birney Place SE apt #301
Washington, DC 20020
apartment 3rd floor

**Investigation Number:**
77382565

**Starting Date and Time:**
02/14/2006 07:15 AM

**Ending Date and Time:**
02/14/2006 09:12 AM

**Report Date:**
Tuesday, February 14, 2006

---

| | |
|---|---|
| Control #: | 1 |
| Photo #: | |
| Evidence Box: | 1 |
| Locator Code: | |
| Description: | Seized Per Warrant    IRS envelpoe addressed to Stimia Daycare |
| Key Word: | envelope |
| Location: | Hall Closet |
| Found: | floor |
| Locating Investigator: | J Mundo |
| Evidence Custodian: | R Smith |
| Evidence Logger: | P Pinson |

| | |
|---|---|
| Control #: | 2 |
| Photo #: | |
| Evidence Box: | 2 |
| Locator Code: | |
| Description: | Seized Per Warrant    verizon cell phone |
| Key Word: | phone |
| Location: | Bedroom #3 |
| Found: | tv stand |
| Locating Investigator: | R Smith |
| Evidence Custodian: | R Smith |
| Evidence Logger: | P Pinson |

| | |
|---|---|
| Control #: | 3 |
| Photo #: | |
| Evidence Box: | 3 |
| Locator Code: | |
| Description: | Seized Per Warrant    verizon cell phone |
| Key Word: | phone |
| Location: | Bedroom #2 |
| Found: | floor |
| Locating Investigator: | J Lawson |
| Evidence Custodian: | R Smith |
| Evidence Logger: | P Pinson |

| | | | |
|---|---|---|---|
| Control #: | 4 | Evidence Box: | 4 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | B of A Visa Check Card | |
| Key Word: | cc | | |
| Location: | Bedroom #2 | | |
| Found: | bottom lf drawer | | |
| Locating Investigator: | J Lawson | | |
| Evidence Custodian: | R Smith | | |
| Evidence Logger: | P Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 5 | Evidence Box: | 5 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | misc papers in the name of Darlana Barcour | |
| Key Word: | papers | | |
| Location: | Bedroom #2 | | |
| Found: | floor | | |
| Locating Investigator: | J Lawson | | |
| Evidence Custodian: | R Smith | | |
| Evidence Logger: | P Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 6 | Evidence Box: | 6 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | misc papers | |
| Key Word: | papers | | |
| Location: | Bedroom #3 | | |
| Found: | btw dresser and computer tower | | |
| Locating Investigator: | R Smith | | |
| Evidence Custodian: | R Smith | | |
| Evidence Logger: | P Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 7 | Evidence Box: | 7 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | motorola cell phone | |
| Key Word: | phone | | |
| Location: | Bedroom #2 | | |
| Found: | bed | | |
| Locating Investigator: | J Lawson | | |
| Evidence Custodian: | R Smith | | |
| Evidence Logger: | P Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 8 | Evidence Box: | 8 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant    misc papers | | |
| Key Word: | papers | | |
| Location: | Bedroom #3 | | |
| Found: | drawer | | |
| Locating Investigator: | R Smith | | |
| Evidence Custodian: | R Smith | | |
| Evidence Logger: | P Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 9 | Evidence Box: | 9 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant    motorola cell phone | | |
| Key Word: | phone | | |
| Location: | Bedroom #2 | | |
| Found: | dresser | | |
| Locating Investigator: | Jason Weber | | |
| Evidence Custodian: | R Smith | | |
| Evidence Logger: | P Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 10 | Evidence Box: | 10 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant    motorola nextel cell phone | | |
| Key Word: | phone | | |
| Location: | Bedroom #2 | | |
| Found: | under bed | | |
| Locating Investigator: | Jason Weber | | |
| Evidence Custodian: | R Smith | | |
| Evidence Logger: | P Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 11 | Evidence Box: | 11 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant    motorola cell phone | | |
| Key Word: | phone | | |
| Location: | Bedroom #2 | | |
| Found: | top dresser | | |
| Locating Investigator: | Jason Weber | | |
| Evidence Custodian: | R Smith | | |
| Evidence Logger: | P Pinson | | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | 12 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant    motorola I550 Plus and (2) accessories | | |
| **Key Word:** | phone | | |
| **Location:** | Bedroom #3 | | |
| **Found:** | closet | | |
| **Locating Investigator:** | R Smith | | |
| **Evidence Custodian:** | R Smith | | |
| **Evidence Logger:** | P Pinson | | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | 13 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant    misc papers and bills | | |
| **Key Word:** | papers | | |
| **Location:** | Bedroom #3 | | |
| **Found:** | tv stand | | |
| **Locating Investigator:** | R Smith | | |
| **Evidence Custodian:** | R Smith | | |
| **Evidence Logger:** | P Pinson | | |

| | | | |
|---|---|---|---|
| **Control #:** | 14 | **Evidence Box:** | 14 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant    misc papers | | |
| **Key Word:** | papers | | |
| **Location:** | Bedroom #3 | | |
| **Found:** | drawer | | |
| **Locating Investigator:** | R Smith | | |
| **Evidence Custodian:** | R Smith | | |
| **Evidence Logger:** | P Pinson | | |

| | | | |
|---|---|---|---|
| **Control #:** | 15 | **Evidence Box:** | 15 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant    misc papers | | |
| **Key Word:** | papers | | |
| **Location:** | Bedroom #3 | | |
| **Found:** | under bed | | |
| **Locating Investigator:** | R Smith | | |
| **Evidence Custodian:** | R Smith | | |
| **Evidence Logger:** | P Pinson | | |

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | 16 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | sprint PCS Vision phone | |
| **Key Word:** | phone | | |
| **Location:** | Master Bederoom | | |
| **Found:** | floor | | |
| **Locating Investigator:** | Greg Watson | | |
| **Evidence Custodian:** | R Smith | | |
| **Evidence Logger:** | P Pinson | | |

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 17 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Samsung cell phone; Samsung Cingular; Verizon cellphone | |
| **Key Word:** | 3 phones | | |
| **Location:** | Master Bederoom | | |
| **Found:** | floor | | |
| **Locating Investigator:** | Greg Watson | | |
| **Evidence Custodian:** | R Smith | | |
| **Evidence Logger:** | P Pinson | | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 18 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Cingular Smart Chip; Boost Mobile Sim Card Holder: Boost Mobile Pamphlet | |
| **Key Word:** | chip | | |
| **Location:** | Bedroom #1 | | |
| **Found:** | floor | | |
| **Locating Investigator:** | Matt Egan | | |
| **Evidence Custodian:** | R Smith | | |
| **Evidence Logger:** | P Pinson | | |

| | | | |
|---|---|---|---|
| **Control #:** | 19 | **Evidence Box:** | 19 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | box labled verizon and modem | |
| **Key Word:** | box | | |
| **Location:** | Bedroom #3 | | |
| **Found:** | drawer | | |
| **Locating Investigator:** | R Smith | | |
| **Evidence Custodian:** | R Smith | | |
| **Evidence Logger:** | P Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 20 | Evidence Box: | 20 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | (3) verizon phone boxes | |
| Key Word: | box | | |
| Location: | Bedroom #3 | | |
| Found: | closet | | |
| Locating Investigator: | R Smith | | |
| Evidence Custodian: | R Smith | | |
| Evidence Logger: | P Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 21 | Evidence Box: | 21 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | Gateway laptop SN: bs200210885 | |
| Key Word: | computer | | |
| Location: | Bedroom #3 | | |
| Found: | bed | | |
| Locating Investigator: | R Smith | | |
| Evidence Custodian: | R Smith | | |
| Evidence Logger: | P Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 22 | Evidence Box: | 22 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | Compac laptop no SN | |
| Key Word: | computer | | |
| Location: | Bedroom #3 | | |
| Found: | floor | | |
| Locating Investigator: | R Smith | | |
| Evidence Custodian: | R Smith | | |
| Evidence Logger: | P Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 23 | Evidence Box: | 23 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | IBM tower computer SN: 23nr044 | |
| Key Word: | computer | | |
| Location: | Bedroom #3 | | |
| Found: | floor | | |
| Locating Investigator: | J Mundo | | |
| Evidence Custodian: | R Smith | | |
| Evidence Logger: | P Pinson | | |