UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: Search Warrant for | : | Magistrate No.: 06-047M-01 |
| | : | |
| 2647 Birney Place, Southeast | : | |
| Apartment 301 | : | |
| Washington, DC 20020 | : | |
| | : | |

**GOVERNMENT'S MOTION TO SEAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests to seal its Motion to Unseal. In support of its motion, the government presents the following:

The Court had sealed the above-captioned matter. Now, the government seeks to unseal the matter. However, the matter remains sealed at this time. Accordingly, the government requests to file under seal the government's Motion to Unseal until the Court grants the Motion to Unseal.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058

By: _____
VIRGINIA CHEATHAM
Bar No. 411980
Assistant United States Attorney
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 514-9732