UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re:  Search Warrant for | : | Magistrate No.: 06-047M-01 |
| | : | |
| 2647 Birney Place, Southeast | : | |
| Apartment 301 | : | |
| Washington, DC 20020 | : | |

**MOTION TO UNSEAL APPLICATION AND AFFIDAVIT IN SUPPORT OF
SEARCH WARRANT, AND MEMORANDUM IN SUPPORT THEREOF**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for an Order directing that the application and affidavit in support of a Search Warrant for 2647 Birney Place, Southeast, Apartment 301, Washington, DC 20020 be unsealed at this time.  In support of its motion, the government states as follows:

1. This warrant has been executed and evidence seized.

2. There is no longer a need for the sealing, and the government anticipates an opportunity to provide records, which are currently under seal, to an attorney in the near future in furtherance of pre-indictment discovery.

Therefore, the government respectfully requests that the Court grant the motion to unseal

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530
(202) 514-9732