UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re:  Search Warrant for  :   Magistrate No.: 06-047M-01
                            :
2647 Birney Place, Southeast :   **FILED**
Apartment 301               :
Washington, DC 20020        :   FEB 2 3 2006
                            :
                            :   NANCY MAYER WHITTINGTON, CLERK
                                U.S. DISTRICT COURT

ORDER

This matter comes before the Court upon the government's Motion to Seal the government's Motion to Unseal. For the reasons stated therein, it is this 23rd day of February 2006,

ORDERED that the Motion to Unseal be filed under seal at this time.

_____
UNITED STATES MAGISTRATE JUDGE

Copy to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

