UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Search Warrant for          :      Magistrate No.: 06-047M-01
                                   :
2647 Birney Place, Southeast       :              **FILED**
Apartment 301                      :
Washington, DC 20020               :          FEB 2 3 2006
                                   :
                                          NANCY MAYER WHITTINGTON, CLERK
                                                U.S. DISTRICT COURT

## ORDER

Upon consideration of the motion to unseal the application and affidavit in support of the above-captioned Search Warrant, and based on the representations in the government's motion, it is this 23rd day of February, 2006:

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the application, search warrant, affidavit in support of the above-captioned Search Warrant, and any accompanying papers and the Motion to Seal and this Order shall be unsealed at this time.

_____
UNITED STATES MAGISTRATE JUDGE

(N)